```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In Re: THE ROMAN CATHOLIC DIOCESE OF     :
ROCKVILLE CENTRE, NEW YORK,              :   23cv5541 (DLC)
                                         :
                    Debtor,              :   ORDER
-----------------------------------------:
                                         :
CLAIMANT NO. 20018,                      :
                                         :
                    Appellant,           :
                                         :
          -v-                            :
                                         :
THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE  :
CENTRE, NEW YORK,                        :
                                         :
                    Appellee.            :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above case has been assigned to me for all purposes. It is hereby

ORDERED that the appellant file its brief by **August 4, 2023**. The appellee shall file its opposition brief by **August 25, 2023**. The appellant's reply brief, if any, must be filed by **September 8, 2023**.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 20, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge