```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In Re: THE ROMAN CATHOLIC DIOCESE OF      :
ROCKVILLE CENTRE, NEW YORK,               :        23cv5541 (DLC)
                                          :
                          Debtor,         :            ORDER
----------------------------------------- :
                                          :
CLAIMANT NO. 20018,                       :
                                          :
                          Appellant,      :
                                          :
              -v-                         :
                                          :
THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE   :
CENTRE, NEW YORK,                         :
                                          :
                          Appellee.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Appellant filed this bankruptcy appeal on June 28, 2023. On June 29, appellant filed a designation of items to be included in the record on appeal and statement of issues pursuant to Fed. R. Bankr. P. 8009(a). That designation included Claim Form No. 20018, claimant's confidential sexual abuse proof of claim form, which was designated as "confidential" and maintained under seal by the Claims Agent by Order of the Bankruptcy Court.

Pursuant to Fed. R. Bankr. P. 8009(f), a party that designates a sealed document as part of the record on appeal must "file a motion with the court where the appeal is pending

to accept the document under seal." Fed. R. Bankr. P. 8009(f).
"If the motion is granted, the movant must notify the bankruptcy
court of the ruling, and the bankruptcy clerk must promptly
transmit the sealed document to the clerk of the court where the
appeal is pending."  Id.  Appellant did not file a Rule 8009(f)
motion with this Court.

On August 18, 2023, the Bankruptcy Clerk transmitted to
this Court a notice that the appeal record is available
electronically.  The electronic record does not include Claim
Form No. 20018.  Accordingly, it is hereby

ORDERED that, by **October 2, 2023**, appellant shall file
Claim Form No. 20018, including any attachments, under seal on
this Court's docket.

Dated:    New York, New York
          September 28, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge