# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                Debtor,

-----------------------------------------------------------------X

CLAIMANT NOS. 20018 and 90526,

                                                                                                   23 **CIVIL** 5541 (DLC)

                Appellants,                                      23 **CIVIL** 6281 (DLC)

         -against-                                                 **JUDGMENT**

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,,

                Appellee.

-----------------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 6, 2023, the Claimants' appeals are denied. The June 9, 2023, Order of the United States Bankruptcy Court for the Southern District of New York dismissing claims no. 20018 and 90526 with prejudice under Federal Rule of Civil Procedure 12(b)(6) is affirmed.

**Dated:**  New York, New York
          October 11, 2023

                                                                      **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                                                                 **BY:**

                                                                   _____
                                                                      **Deputy Clerk**